IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| $121,500.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| $3,260.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| MISCELLANEOUS JEWELRY VALUED AT $45,317.36, | ) ) | |
| | ) | |
| Defendants. | ) | **COMPLAINT IN FORFEITURE** |

NOW COMES plaintiff, the United States of America, by Rebecca C. Lutzko, United States Attorney for the Northern District of Ohio, and Henry F. DeBaggis, Assistant U.S. Attorney, and files this Complaint in Forfeiture, respectfully alleging, in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure, as follows:

### JURISDICTION AND INTRODUCTION

1. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. Section 1345, and over an action for forfeiture under 28 U.S.C. Section 1355(a). This Court also has jurisdiction over this particular action under 21 U.S.C. Section 881(a)(6).

2. This Court has *in rem* jurisdiction over Defendants U.S. Currency and Jewelry: (i) pursuant to 28 U.S.C. Section 1355(b)(1)(A) because acts giving rise to the forfeiture occurred in this district; and, (ii) pursuant to 28 U.S.C. Section 1355(b)(1)(B), incorporating 28 U.S.C. Section 1395, because the action accrued in this district. This Court will have control over Defendants U.S. Currency and Jewelry through service of an arrest warrant *in rem*, which the United States Marshal Service will execute upon Defendants U.S. Currency and Jewelry. *See*, Supplemental Rules G(3)(b) and G(3)(c).

3. Venue is proper in this district: (i) pursuant to 28 U.S.C. Section 1355(b)(1)(A) because acts giving rise to the forfeiture occurred in this district; and, (ii) pursuant to 28 U.S.C. Section 1395 because the action accrued in this district.

4. On June 25, 2024, Defendant $121,500.00 in U.S. Currency was seized during the execution of a search warrant at the residence of a relative of Brandon Maitlen (MAITLEN) at XXXX Bellwood Drive, Lima, Ohio. On June 25, 2024, Defendants $3,260.00 in U.S. Currency and Miscellaneous Jewelry Valued at $45,317.36, were seized during the execution of a search warrant at the residence of MAITLEN at XXXX Allentown Road, Lima, Ohio.

5. The seizures were made by Federal Bureau of Investigation (FBI) Special Agents and FBI's North West Ohio Safe Streets Task Force Officers, pursuant to a state search warrant authorized by Judges in the Allen County Common Pleas Court. Defendants U.S. Currency and Jewelry are now in the custody of the federal government.

6. Subsequent to the seizures, the FBI commenced an administrative forfeiture proceeding against Defendants U.S. Currency and Jewelry. A claim to Defendants U.S. Currency and Jewelry was submitted by MAITLEN in the FBI administrative forfeiture proceeding, thereby requiring the filing of this judicial forfeiture action.

7. Defendants U.S. Currency and Jewelry are subject to forfeiture to the United States under 21 U.S.C. Section 881(a)(6) in that they constitute proceeds from illegal drug trafficking activities, and/or were used - or were intended to be used - in exchange for illegal controlled substances, and/or were used - or were intended to be used - to facilitate illegal drug trafficking activities.

## FORFEITURE

8. On or about July 15, 2022, MAITLEN, while driving a vehicle in St. Marys, Ohio, was stopped for a traffic violation by St. Marys' Police. After the traffic stop, a police officer detected an odor of marijuana, then conducted a search of the vehicle and located approximately $15,000.00 in U.S. Currency inside a backpack in the trunk.

9. On or about August 11, 2022, MAITLEN was stopped again by St. Marys Police for a traffic violation, and after a strong odor of marijuana was detected emanating from MAITLEN's vehicle, a search was conducted, and $5,000.00 in U.S. Currency was located inside a backpack in the trunk.

10. From on or about April 10, 2024, through on or about June 21, 2024, law enforcement conducted controlled narcotics transactions with MAITLEN in which a Confidential Human Source (CHS), while cooperating with law enforcement, purchased cocaine and other illegal narcotics from MAITLEN.

11. On or about June 25, 2024, law enforcement executed a state search warrant at MAITLEN's residence at XXXX Allentown Road, Lima, Ohio, and upon entry into the residence, MAITLEN was observed with a Tracker .357 Magnum revolver firearm in his hand. MAITLEN dropped the firearm, was taken into custody, and transported to the Allen County Sheriff's Office.

12. The search of MAITLEN's residence yielded suspected narcotics, narcotics packaging material, to include zip lock baggies, scales, numerous firearms, unidentified prescription pills, U.S. Currency, and jewelry.

13. Subsequent laboratory analysis of the seized suspected narcotics from MAITLEN's residence determined, as follows:

   a. A plastic bag containing a white substance was found to contain Cocaine with a weight of 7.16 grams;
   b. A plastic bag containing tablets was determined to be seven (7) round green tablets and found to contain Clonazepam; and three (3) round yellow tablets were found to contain Diazepam;
   c. A plastic bag containing tablets was determined to be one hundred thirteen (113) pink round tablets and found to contain Oxycodone;
   d. A plastic bag containing an unknown substance was determined to be Mushrooms and found to contain Psilocyn;
   e. One (1) orange capsule marked "RP 720" was found to contain Amphetamine;
   f. A plastic bag containing a white substance was found to contain Cocaine with a weight of 51.58 grams;
   g. A plastic bag with thirty-one (31) round orange tablets were found to contain Buprenorphine; and
   h. A plastic bag containing a white substance was found to contain Cocaine with a weight of 6.38 grams.

14. As it relates to the U.S. Currency at MAITLEN's residence, $2,820.00 in U.S. Currency was seized from the master bedroom and $440.00 in U.S. Currency was seized from a wallet in a black bag in the kitchen, for a total of $3,260.00 in U.S. Currency.

15. As it relates to Defendant Jewelry seized from MAITLEN's residence, an invoice dated August 22, 2022, was located near the Jewelry, which states, "sold to: MAITLEN," with his phone number, and a signature, but the invoice does not have any identifying information for the seller. The description on the invoice lists: (1) 10 karat yellow gold diamond Cuban, (1) 10 karat diamond charm, and (1) 10 karat Cuban. The invoice has a hand-written note stating, "with special deal" and "All Sales Final" with a total price of $19,000.00.

4

16. After execution of the search warrant at his residence, MAITLEN was interviewed at the Allen County Sheriff's Office, and he told law enforcement that he takes the pink pills which were real Percocet pills, but he did not want to call himself an addict. MAITLEN also said he was surprised at the amount of suspected Cocaine seized; he forgot that he had the Mushrooms; and he said investigators should have also found Marijuana.

17. MAITLEN was asked if he fired a round at the SWAT team from the firearm he had in his hand before execution of the search warrant, and MAITLEN said he could not specifically recall if he fired a round, then indicated he did not. When investigators cleared the weapon during the search of the residence, five (5) live rounds and one (1) spent casing were located in the cylinder of the firearm.

18. After execution of the search warrant at MAITLEN's residence, law enforcement executed a search warrant at the residence of a MAITLEN relative at XXXX Bellwood Drive, Lima, Ohio. During execution of the search warrant at the Bellwood residence, law enforcement seized a grey bag from the top of the closet in the west bedroom, which was found to contain $119,000.00 in U.S. Currency. They also seized $2,420.00 in U.S. Currency from a kitchen drawer and $80.00 in U.S. Currency from a coin purse in a kitchen cabinet. A total of $121,500.00 in U.S. Currency was seized at the Bellwood residence.

19. MAITLEN's relative was asked by law enforcement if the money in the grey bag came from MAITLEN, and the relative said that it did. During MAITLEN's interview at the Sheriff's Office, when law enforcement brought up the bulk cash seized at the Bellwood residence, MAITLEN said he did not know anything about the money.

20. By reason of the foregoing, Defendants $121,500.00 in U.S. Currency; $3,260.00 in U.S. Currency and Miscellaneous Jewelry Valued at $45,317.36, are subject to forfeiture to

the United States under 21 U.S.C. § 881(a)(6) in that they constitute proceeds from illegal drug trafficking activities, and/or were used - or were intended to be used - in exchange for illegal controlled substances, and/or were used - or were intended to be used - to facilitate illegal drug trafficking activities.

WHEREFORE, Plaintiff United States of America, requests that this Court enter judgment condemning Defendants currency and property and forfeiting them to the United States, and providing that the defendant currency and property be delivered into the custody of the United States for disposition according to law, and for such other relief as this Court may deem proper.

Respectfully submitted,

REBECCA C. LUTZKO
UNITED STATES ATTORNEY
Northern District of Ohio

By: _____
Henry F. DeBaggis (OH: 0007561)
Assistant United States Attorney
Carl B. Stokes U.S. Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
216.622.3749 / Fax: 216.522.7499
Henry.DeBaggis@usdoj.gov

## VERIFICATION

STATE OF OHIO )
) SS.
COUNTY OF CUYAHOGA )

I, Henry F. DeBaggis, under penalty of perjury, depose and say that I am an Assistant United States Attorney for the Northern District of Ohio, and the attorney for the plaintiff in the within entitled action. The foregoing Complaint in Forfeiture is based upon information officially provided to me and, to my knowledge and belief, is true and correct.

Henry F. DeBaggis (OH: 0007561)
Assistant United States Attorney

Sworn to and subscribed in my presence this 31st day of October, 2024.

Notary Public

EDWARD F. FERAH, Attorney
NOTARY PUBLIC – STATE O[F OHI]O
My commission has no expiration [date]
Section 147.03 R.C.

7